IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIGHE LADD,<br><br>              Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>              Defendant. | 8:23CV84<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

    This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, signed by counsel for each party. Filing 38. The parties stipulate to dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to pay its own attorney's fees and costs. Filing 38 at 1. Accordingly,

    IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 38, is accepted, and this case is dismissed with prejudice, with each party to pay its own attorney's fees and costs.

    Dated this 18th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1